FILED
CLERK, U.S. DISTRICT COURT

DEC 10 2010

CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION          BY DE

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF v. CHARLES EDWARD LAKEY DEFENDANT(S). | CASE NUMBER ED10MJ00330 **ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT** |
|---|---|

Upon motion of __DEFENDANT__, IT IS ORDERED that a detention hearing is set for __12/13/10__, ____, at __9:30__ ☒ a.m. / ☐ p.m. before the Honorable __OSWALD PARADA__, in Courtroom __3__.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
*(Other custodial officer)*

Dated: __12/10/10__

_____
U.S. District Judge/Magistrate Judge